IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Ernest Watford, Iii** ) | |
| SSN: ###-##-6902 ) | |
| ) | **CASE NO.: 18-02642-DSC13** |
| ) | |
| **Debtor.** ) | |

## TRUSTEE'S OBJECTION TO CLAIM

COMES NOW Bradford W. Caraway, Chapter 13 Standing Trustee, and hereby objects to the following claim filed:

| CLAIM NO. | CLAIMANT | AMOUNT |
|---|---|---|
| 010B | US BANK TRUST | $3,791.80 |

Basis for Objection

☐ Name of Debtor should be inserted.
☐ Debtor(s)' case number should be inserted.
☐ Form not signed by creditor/attorney/agent.
☒ Other: The amount of the amended claim is less than the amount already paid by the Trustee. The Trustee requests that this claim be allowed for the amount paid, or that the creditor refund the difference.

/s/ Bradford W. Caraway
Bradford W. Caraway
Chapter 13 Standing Trustee
P.O. Box 10848
Birmingham, AL 35202
(205) 323-4631

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing objection on the following by electronic service or U.S. Mail; postage prepaid and properly addressed on April 22, 2020.

James A Smith Attorney At Law Pc
Attorney for Debtor


Ernest Watford, Iii
Debtor
2505 Willowood Circle
Birmingham, Al 35215

Bsi Financial Services
US BANK TRUST, Creditor
1425 Greenway Drive Ste 400
Irving, Tx 75038

                                                        /s/ Bradford W. Caraway
                                                        TRUSTEE